UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
Baltimore Division

In Re:   Sheena N. Chase                    Case No. 19-23769 - RAG
                                            Chapter 7

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

The Community Development Administration
of the Department of Housing and Community
Development for the State of Maryland,
Movant

vs.

Sheena N. Chase, Debtor
Charles R. Goldstein, Trustee
                Respondent(s)

## MOTION FOR RELIEF FROM AUTOMATIC STAY
Real Property at 505 N. Rose Street, Baltimore, Maryland 21205

Comes now The Community Development Administration of the Department of Housing and Community Development for the State of Maryland, Movant herein, by Kevin Feig, Esq., its attorney and respectfully represents:

1.      This Motion is filed pursuant to 11 U.S.C. Sec. 362 d through f, and 28 U.S.C. Section 1334 and Section 157, giving this Court jurisdiction to grant relief from the Automatic Stay for cause and/or to prevent irreparable damage to the interest of a secured creditor in the property of the Debtor.

2.      As of October 17, 2019, the current amount due to the Movant is approximately $140,204.76, which includes: a principal balance in the amount of $135,160.53; interest in the amount of $3,122.42; accumulated late charges in the amount of $151.38; an escrow deficit in the amount of $1,720.43; and total fees in the amount of $50.00.

3.      As of October 17, 2019, the Debtor has failed to pay the payment(s) for the months of July 2019 to November 2019, so that the arrears are $5,609.15, which include: payment(s) in the amount(s) of $1,121.83 for the months of July 2019 through November 2019 per month. The current monthly payment is $1,121.83.

4.      In addition to the other amounts due to Movant reflected in the Motion, as of the

19-603070

date hereof, in connection with seeking the relief requested in this Motion, Movant has also incurred $700.00 in legal fees and $181.00 in costs. Movant reserves all rights to seek an award of allowance of such fees and expenses in accordance with applicable loan documents and related agreements, the Bankruptcy Code and other applicable law.

5. The Movant is inadequately protected by the Debtor(s) failure to make the payments which may include an escrow for taxes and insurance.

6. The Debtor(s) wish(es) to surrender the property.

7. In his/her Schedules, the Debtor(s) list(s) a current market value of $80,925.00 for the real property. There is no equity in the real property above the secured debt and the real property has no value to the bankruptcy estate.

8. Therefore, cause exists to grant relief from stay. Movant lacks adequate protection and continues to be irreparably harmed by the continuation of the Stay of 11 U.S.C. Sections 362(a) and 1301, if applicable.

## NOTICE OF INTENT TO SUBMIT BUSINESS RECORDS

Creditor will submit business records as evidence at any scheduled hearing, as allowed under Fed. R. Bankr. P. 9017 and FRE 902(11). These business records are available for inspection by the adverse party upon demand.

9. The Movant is the holder of a Note secured by a Deed of Trust dated March 12, 2008, and recorded among the land records of Baltimore City, Maryland, and which encumbers the property of the Debtor at 505 N. Rose Street, Baltimore, Maryland 21205.

WHEREFORE, the Movant prays this Honorable Court to issue an Order

1. Lifting the Automatic Stay as to the Debtor's property at 505 N. Rose Street, Baltimore, Maryland 21205**,** so that the Movant can proceed with the foreclosure of its Deed of Trust; or alternatively

2. For such other and further relief as the Court deems appropriate.

> */s/ Kevin Feig, Esq. (kf)*
> Kevin Feig, Esq.
> Attorney for Movant
> Bar No. 15202
> McCabe, Weisberg & Conway, LLC
> 312 Marshall Avenue, Suite 800
> Laurel, MD 20707
> 301-490-1196
> bankruptcymd@mwc-law.com

19-603070

## CERTIFICATE OF SERVICE

I hereby certify that on the 22th day of November, 2019 I reviewed the Court's CM/ECF system and it reports that an electronic copy of the foregoing pleading will be served electronically by the Court's CM/ECF system on the following:

Charles R. Goldstein
111 S. Calvert Street
Suite 1400
Baltimore, Maryland  21202
trustee@3cubed-as.com

Kim D. Parker
Law Offices of Kim Parker, P.A.
2123 Maryland Avenue
Baltimore, Maryland  21218
kp@kimparkerlaw.com

I hereby further certify that on the 22th day of November, 2019, a copy of the foregoing pleading was also mailed first class mail, postage prepaid to:

Sheena N. Chase
6 Dunhaven Place, Apt 2A
Nottingham, Maryland  21236
(Via U.S Mail)

>  */s/ Kevin Feig, Esq.*
>  Kevin Feig, Esq.

19-603070